JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
JUSTIN K PASKETT, IDAHO STATE BAR NO. 9066
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

U.S. COURTS

OCT 24 2023

Rcvd_____ Filed CK Time 1:00pm
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAUN PATRICK CONELY,<br>aka. SHAUN PATRICK MILLARD<br><br>Defendant. | Case No. CR-23-00290E-DCN<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2251(a), (e)<br>18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)<br>18 U.S.C. § 2256(8)(A)<br>18 U.S.C. § 2253 |

The Grand Jury charges:

### COUNT ONE

**Attempted Sexual Exploitation of a Minor Child**
**18 U.S.C. § 2251(a) and (e)**

On or about February 1, 2023, through on or about July 28, 2023, in the District of Idaho, the defendant, SHAUN PATRICK CONELY, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor child to-wit: a female known to SHAUN PATRICK CONELY by name and born in 2012, referred to herein as "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using

INDICTMENT - 1

materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO

### Possession of Child Pornography
### 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), and 2256(8)(A)

On or about July 28, 2023, in the District of Idaho, the defendant, SHAUN PATRICK CONELY, did knowingly possess material containing an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that is, one or more visual depictions, the production of which the Defendant knew involved the use of a minor engaging in sexually explicit conduct, including at least one visual depiction that involved a prepubescent minor or a minor who had not attained 12 years of age, and which image or images have been transported using the internet, a means and facility of interstate commerce, and were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2256(8)(A).

### CRIMINAL FORFEITURE ALLEGATION
### Sexual Exploitation / Abuse of Children Forfeiture
### 18 U.S.C. § 2253

Upon conviction of the offenses alleged in Count One, and Two of this Indictment, the defendant, SHAUN PATRICK CONELY, shall forfeit to the United States his interest in (1) any visual depiction described in Title 18, United States Code, Sections 2251 and 2252, et. seq., and any matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252; (2)

**INDICTMENT - 2**

any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the foregoing offense, including property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

1. <u>Unrecovered Cash Proceeds and/or Facilitating Property</u>. The defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the defendant used to facilitate the offense (if facilitation is alleged), but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant' assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 24th day of October, 2023.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

INDICTMENT - 3

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

*/s/ Justin K Paskett*

JUSTIN K PASKETT
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 4